**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01229-CV

## IAN ACREY, PETROLIA GROUP, LLC, PETROLIA WEST I, LLC AND QUANAH ACME, LLC, Appellants

### V.

## KILGORE & KILGORE, PLLC, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03110**

## ORDER

We **GRANT** Ryan M.T. Allen and Amber Oldham's November 12, 2015 motion to withdraw as counsel for appellant Petrolia Group, LLC and **DIRECT** the Clerk of the Court to remove Mr. Allen and Ms. Oldham as counsel for Petrolia Group. All further communication with Petrolia Group, LLC shall be directed to

> 427 S. Boston, Suite 500
> Tulsa, Oklahoma 74003.

Because a corporation may only appear in this Court through an attorney, we **ORDER** Petrolia Group to notify the Court, within **THIRTY DAYS** of the date of this order, of the name, State Bar number, mailing and email addresses, and telephone and fax numbers of new counsel. Failure to do so may result in dismissal of Petrolia Group's appeal.

/s/     CRAIG STODDART
JUSTICE
